Commonwealth v. Duffy.

---

## COMMONWEALTH vs. BERNARD DUFFY.

Judgment will not be arrested on an indictment for larceny of "sundry bank bills, of the aggregate value of $367," merely because the verdict was "guilty of stealing sundry bank bills of the value of $317, and not guilty as to the residue."

THE defendant was indicted for larceny in a shop, of "sundry bank bills, current as money in this commonwealth,

then due and unpaid, and of the aggregate value of $367; but a more particular description of which the jurors cannot give as they have no means of knowing," &c. Being found guilty in the municipal court of Boston, of "stealing sundry bank bills of the value of $317, and not guilty as to the residue," he moved in arrest of judgment, for the same cause as set forth in *Commonwealth* v. *Sawtelle*, ante, 142, and also because the general allegation of value alleged to the bills in the indictment was not sustained by the verdict. *Wells*, C. J. overruled the motion, and the defendant excepted.

*J. H. Bradley*, for the defendant.

*R. Choate*, (attorney-general,) for the commonwealth.

DEWEY, J. This case must be governed by the principles settled in the case of *Commonwealth* v. *Sawtelle*, ante, 142, decided at the present term. The additional fact, that upon an indictment alleging the value of the goods to be $367, the jury found the defendant guilty of stealing $317 only, does not vary the case. It is like the case of an allegation of a larceny of ten bank bills, and a verdict of guilty as to nine of the bills. The jury having by their verdict found the value of the bills stolen, obviates the difficulty that might otherwise have arisen.        *Motion in arrest of judgment overruled.*